1
2
3
4                    **UNITED STATES DISTRICT COURT**
5                         **DISTRICT OF NEVADA**
6
7    DENISE CROMPTON, ALAN CROMPTON,        )
8                       Plaintiffs,          )       Case No.  2:13-cv-00038-JAD-GWF
9    vs.                                     )       **ORDER**
10   COSTCO WHOLESALE CORPORATION,           )
11                      Defendant.           )
12   _____    )
13          This matter is before the Court on the parties' failure to file a joint pretrial order required by
14   LR 26-1(e)(5).  The Discovery Plan and Scheduling Order (#18) filed September 19, 2013, required the
15   parties to file a joint pretrial order required by LR 26-1(e)(5) no later than April 2, 2014.  There are no
16   dispositive motions pending.  To date, the parties have not complied.  Accordingly,
17          **IT IS ORDERED** that
18          1.      Counsel for the parties shall file a joint pretrial order which fully complies with the
19   requirements of LR 16-3 and LR 16-4 no later than **April 21, 2014**.  Failure to timely comply will result
20   in the imposition of sanctions up to and including a recommendation to the District Judge that the
21   complaint be dismissed for plaintiff's failure to prosecute.  See Fed. R. Civ. P. 41(b).
22          2.      The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be
23   included in the pretrial order.
24          DATED this 9th day of April, 2014.
25
26                                              _____
27                                              GEORGE FOLEY, JR.
                                                United States Magistrate Judge
28