UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| DENISE CROMPTON, ET AL., | ) | |
|---|---|---|
| Plaintiff(s), | ) | |
| vs | ) | Case # 2:13-CV-38-JAD-GWF |
| COSTCO WHOLESALE CORP., | ) | ORDER REFERRING CASE FOR SETTLEMENT CONFERENCE |
| Defendant(s). | ) | |

This case is currently stacked on the Trial Calendar of **Tuesday, September 30, 2014,** for a Jury Trial.

**IT IS ORDERED** that this case is hereby referred to Magistrate Judge **George Foley, Jr.** for a settlement conference.

DATED this 2nd day of June, 2014.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE