KYM SAMUEL CUSHING
Nevada Bar No. 4242
JOSEPH C. CHU
Nevada Bar No. 11082
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 South Fourth Street, 11th Floor
Las Vegas, NV  89101
(702) 727-1400; Fax:  (702) 727-1401
Kym.Cushing@wilsonelser.com
Joseph.Chu@wilsonelser.com
Attorneys for Defendant COSTCO WHOLESALE CORPORATION

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DENISE CROMPTON, individually, and ALAN CROMPTON, individually<br><br>           Plaintiffs,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, a Washington Corporation; DOES IO through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>           Defendants. | CASE NO.  2:13-cv-00038-RCJ-GWF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR FILING JOINT PRE-TRIAL ORDER** |

The parties, by and through their respective, undersigned counsel of record, hereby agree and stipulate to extend the deadline for filing the joint pretrial order from February 6, 2015, to and including March 6, 2015.  This stipulation is submitted and based upon the following:

1.      That the parties have agreed that due to the extensive issues and voluminous exhibits in this matter, and further due to the fact that both parties have retained new counsel since the filing of the original joint pretrial order,[1] a brief extension of time in which to file the updated joint pretrial order is warranted.

2.      That the parties have agreed to meet-and-confer prior to filing the updated joint pretrial order, pursuant to Local Rule 16-3(c).

---

[1] To be clear, Bradley S. Mainor, Esq. and Joseph J. Wirth, Esq., whom have represented plaintiffs since the commencement of this lawsuit, continue to serve as plaintiffs' counsel of record.  However, Robert T. Eglet, Esq. and Robert M. Adams, Esq. have recently associated into this matter as plaintiffs' co-counsel of record. (Dkt. 79).

747019v.1

3. That this request for an extension of time is made in good faith and not for purpose of delay.

DATED this 6th day of January, 2015.

| WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP | EGLET LAW GROUP |
|---|---|
| */s/* Kym Samuel Cushing<br>KYM SAMUEL CUSHING<br>Nevada Bar No. 4242<br>JOSEPH C. CHU<br>Nevada Bar No. 11082<br>300 South Fourth Street, 11th Floor<br>Las Vegas, Nevada 89101<br>(702) 727-1400<br>*Counsel for Defendant* | */s/* Robert T. Eglet<br>ROBERT T. EGLET<br>Nevada Bar No. 3402<br>ROBERT M. ADAMS<br>Nevada Bar No. 6551<br>400 South Seventh Street, 4th Floor<br>Las Vegas, NV 89101<br>(702) 450-5400<br>*Associated Counsel for Plaintiffs* |

**ORDER**

Pursuant to the stipulation of the parties, it is hereby ordered that the deadline for filing the joint pretrial report is extended until March 6, 2015.

**IT IS SO ORDERED.**

Dated:  February 9, 2015

_____
UNITED STATES MAGISTRATE JUDGE

. . .

. . .

747019v.1