1  KYM SAMUEL CUSHING
   Nevada Bar No. 4242
2  JOSEPH C. CHU
   Nevada Bar No. 11082
3  **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
   300 South Fourth Street, 11th Floor
4  Las Vegas, NV  89101
   (702) 727-1400; Fax:  (702) 727-1401
5  Kym.Cushing@wilsonelser.com
   Joseph.Chu@wilsonelser.com
6  Attorneys for Defendant COSTCO WHOLESALE CORPORATION

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DENISE CROMPTON, individually, and ALAN CROMPTON, individually<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, a Washington Corporation; DOES IO through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>　　　　　　　　　Defendants. | CASE NO.  2:13-cv-00038-RCJ-GWF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF DEFENDANT COSTCO WHOLESALE CORPORATION'S MOTION TO STRIKE PLAINTIFFS' UNTIMELY WITNESS AND DOCUMENT DISCLOSURES, AND TO CONTINUE MOTION HEARING (FIRST REQUEST)** |

　　　　IT IS HEREBY STIPULATED AND AGREED between Plaintiffs, DENISE CROMPTON and ALAN CROMPTON (collectively, "Plaintiffs"), and Defendant, COSTCO WHOLESALE CORPORATION ("Costco"), by and through their undersigned counsel of record, pending the Court's approval, that the deadline for Costco to file its reply in support of its Motion to Strike Plaintiffs' Untimely Witness and Document Disclosures (Dkt. 86) be extended from September 1, 2015, to September 4, 2015.

　　　　IT IS FURTHER HEREBY STIPULATED AND AGREED between Plaintiffs and Costco, pending the Court's approval, that the hearing set for Costco's Motion to Strike Plaintiffs' Untimely Witness and Document Disclosures be continued from September 2, 2015, to September 9, 2015, or to any date thereafter on which the Court is available.

　　　　The foregoing requests are sought to afford Costco's counsel sufficient time to prepare and file a reply brief, and to afford the Court sufficient time to review and consider the same prior to the motion hearing.  The parties' previously stipulated to a one week extension of time for Plaintiffs to

843857v.1

file their opposition to Costco's Motion to Strike Plaintiffs' Untimely Witness and Document Disclosures. (Dkt. 89). Said opposition was served on Costco's counsel on August 28, 2015. (Dkt. 90). As Costco now has just one full business day to prepare and file a timely reply brief in advance of the forthcoming motion hearing, the instant requests for a briefing extension and hearing continuance are warranted.

Accordingly, the parties respectfully request that the Court approve of the parties' stipulation.

DATED this 31st day of August, 2015.          DATED this 31st day of August, 2015.

| WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP | EGLET LAW GROUP |
|---|---|
| /s/ Joseph C. Chu<br>KYM SAMUEL CUSHING<br>Nevada Bar No. 4242<br>JOSEPH C. CHU<br>Nevada Bar No. 11082<br>300 South Fourth Street, 11th Floor<br>Las Vegas, Nevada 89101<br>(702) 727-1400<br>*Counsel for Defendant* | /s/ Danielle Tarmu<br>ROBERT T. EGLET<br>Nevada Bar No. 3402<br>DANIELLE TARMU<br>Nevada Bar No. 11727<br>400 South Seventh Street, 4th Floor<br>Las Vegas, NV 89101<br>(702) 450-5400<br>*Associated Counsel for Plaintiffs* |

### ORDER

Pursuant to the foregoing stipulation of the parties, it is hereby ordered that the deadline for Defendant Costco Wholesale Corporation to file its reply in support of its Motion to Strike Plaintiffs' Untimely Witness and Document Disclosures shall be extended to September 4, 2015. It is further hereby ordered that the hearing on Defendant Costco Wholesale Corporation's Motion to Strike Plaintiffs' Untimely Witness and Document Disclosures shall be continued to Monday, September 14, 2015 at 10:30 a.m.

**IT IS SO ORDERED.**

Dated:   August 31, 2015

_____
UNITED STATES MAGISTRATE JUDGE