1  **DENNIS M. PRINCE, ESQ.**
2  Nevada Bar No.: 5092
   **TRACY A. EGLET, ESQ.**
3  Nevada Bar No.: 6419
   **DANIELLE TARMU, ESQ.**
4  Nevada Bar no. 11727
5  **EGLET PRINCE**
   400 South 7th Street, 4th Floor
6  Tel.:   (702) 450-5400
   Fax.:  (702) 450-5451
7  eservice@egletlaw.com
8  *and*
   **BRADLEY S. MAINOR, ESQ.**
9  Nevada Bar No.:  7434
   **JOSEPH J. WIRTH, ESQ.**
10 Nevada Bar No.: 10280
11 **MAINOR WIRTH, LLP**
   6018 S. Fort Apache Rd. Ste. 150
12 Las Vegas, Nevada 89148-5652
   Tel.:   (702) 464-5000
13 Fax:   (702) 463-4440
14 bmainor@mainorwirth.com
   jwirth@mainorwirth.com
15 *Attorneys for Plaintiffs*

16                **UNITED STATES DISTRICT COURT**

17                      **DISTRICT OF NEVADA**

18

| | |
|---|---|
| DENISE CROMPTON, individually, and ALAN CROMPTON, individually | CASE NO.: 2:13-cv-00038-RCJ-GWF |
| Plaintiffs | |
| vs. | ***REVISED* STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PARTIES TO FILE OPPOSITIONS TO MOTIONS IN LIMINE** |
| COSTCO WHOLESALE CORPORATION, a Washington Corporation; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive; | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED between Plaintiffs, DENISE CROMPTON and ALAN CROMPTON, by and through their attorneys, DENNIS M. PRINCE, ESQ., TRACY A. EGLET, ESQ., and DANIELLE TARMU, ESQ., of EGLET PRINCE, and

Defendant, COSTCO WHOLESALE CORPORATION by and through its attorneys of record, KYM SAMUEL CUSHING, ESQ., and JOSEPH C. CHU, ESQ., of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP, pending the Court's approval, that the date for parties to file their Oppositions to Motions in Limine be extended from February 8, 2016 to February 10, 2016.

The purpose of the request for this extension is to allow additional time to respond due to several other conflicts for briefs due on February 8, 2016.

In light of this issue, pending the Court's approval, the parties have agreed to a two-day extension to file their Oppositions to Motions in Limine in this matter, and respectfully request this Court to approve the parties' stipulation.

DATED this 5th day of February 2016.           DATED this 5th day of February 2016.

**EGLET PRINCE**                                **WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**

/s/ Danielle Tarmu_____               /s/ Joseph C. Chu_____
DANIELLE TARMU, ESQ.                           JOSEPH CHU, ESQ.
Nevada Bar No.: 11727                          Nevada Bar No.: 11082
400 South 7th Street, 4th Floor                300 South 4th Street, 11th Floor
Las Vegas, Nevada 89101                        Las Vegas, Nevada 89101
*Attorneys for Plaintiffs*                     *Attorneys for Defendant*

### ORDER

Based on the parties' revised stipulation [#123], which replaced and mooted the original stipulation [#122], and good cause appearing, it is hereby ORDERED that this stipulation [#123] is approved; the deadline to respond to motions in limine is extended to February 10, 2016.

Dated:  February 8, 2016.

_____
UNITED STATES DISTRICT JUDGE