1  DENNIS M. PRINCE, ESQ.
   Nevada Bar No.: 5092
2  TRACY A. EGLET, ESQ.
   Nevada Bar No.: 6419
3  DANIELLE TARMU, ESQ.
   Nevada Bar no. 11727
4  EGLET PRINCE
5  400 South 7th Street, 4th Floor
   Tel.:   (702) 450-5400
6  Fax.:   (702) 450-5451
   eservice@egletlaw.com
7  and
8  BRADLEY S. MAINOR, ESQ.
   Nevada Bar No.: 7434
9  JOSEPH J. WIRTH, ESQ.
   Nevada Bar No.: 10280
10 MAINOR WIRTH, LLP
11 6018 S. Fort Apache Rd. Ste. 150
   Las Vegas, Nevada 89148-5652
12 Tel.:   (702) 464-5000
   Fax:    (702) 463-4440
13 bmainor@mainorwirth.com
14 jwirth@mainorwirth.com
15 *Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DENISE CROMPTON, individually, and ALAN CROMPTON, individually<br><br>Plaintiffs<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION, a Washington Corporation; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive;<br><br>Defendants. | CASE NO.: 2:13-cv-00038-RCJ-GWF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PARTIES TO FILE OPPOSITIONS TO MOTIONS IN LIMINE (SECOND REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED between Plaintiffs, DENISE CROMPTON and ALAN CROMPTON, by and through their attorneys, DENNIS M. PRINCE, ESQ., TRACY A. EGLET, ESQ., and DANIELLE TARMU, ESQ., of EGLET PRINCE, and

Defendant, COSTCO WHOLESALE CORPORATION by and through its attorneys of record, KYM SAMUEL CUSHING, ESQ., and JOSEPH C. CHU, ESQ., of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP, pending the Court's approval, that the date for parties to file their Oppositions to Motions in Limine be extended from February 10, 2016 to February 17, 2016.

The parties make this mutual request because they are in the midst of settlement negotiations and hope to settle this case before incurring the additional time and expense of preparing the Oppositions.

In light of this, pending the Court's approval, the parties have agreed to a short extension until February 17, 2016, to file their Oppositions to Motions in Limine in this matter, and respectfully request this Court to approve the parties' stipulation.

DATED this 9th day of February 2016.              DATED this 9th day of February 2016.

**EGLET PRINCE**                                   **WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**

/s/ Danielle Tarmu                                 /s/ Joseph C. Chu
DANIELLE TARMU, ESQ.                               JOSEPH CHU, ESQ.
Nevada Bar No.: 11727                              Nevada Bar No.: 11082
400 South 7th Street, 4th Floor                    300 South 4th Street, 11th Floor
Las Vegas, Nevada 89101                            Las Vegas, Nevada 89101
*Attorneys for Plaintiffs*                         *Attorneys for Defendant*

## ORDER

Pursuant to the foregoing stipulation of the parties, it is hereby ordered that the deadline for the parties to file their Oppositions to Motions in Limine shall be extended to February 17, 2016.

IT IS SO ORDERED this __9th__ day of February 2016.

_____
UNITED STATES DISTRICT JUDGE