DENNIS M. PRINCE, ESQ.
Nevada Bar No.: 5092
TRACY A. EGLET, ESQ.
Nevada Bar No.: 6419
DANIELLE TARMU, ESQ.
Nevada Bar no. 11727
EGLET PRINCE
400 South 7th Street, 4th Floor
Tel.:   (702) 450-5400
Fax.:   (702) 450-5451
eservice@egletlaw.com
*and*
BRADLEY S. MAINOR, ESQ.
Nevada Bar No.: 7434
JOSEPH J. WIRTH, ESQ.
Nevada Bar No.: 10280
MAINOR WIRTH, LLP
6018 S. Fort Apache Rd. Ste. 150
Las Vegas, Nevada 89148-5652
Tel.:   (702) 464-5000
Fax:    (702) 463-4440
bmainor@mainorwirth.com
jwirth@mainorwirth.com
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DENISE CROMPTON, individually, and ALAN CROMPTON, individually<br><br>Plaintiffs<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION, a Washington Corporation; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive;<br><br>Defendants. | CASE NO.: 2:13-cv-00038-RCJ-GWF<br><br>**STIPULATION AND ORDER TO SEAL DEFENDANT'S (WITHDRAWN) MOTION TO DISMISS PLAINTIFFS' COMPLAINT FOR FRAUD** |

IT IS HEREBY STIPULATED AND AGREED between Plaintiffs, DENISE CROMPTON and ALAN CROMPTON, by and through their attorneys, DENNIS M. PRINCE, ESQ., TRACY A. EGLET, ESQ., and DANIELLE TARMU, ESQ., of EGLET PRINCE; and

Defendant, COSTCO WHOLESALE CORPORATION by and through its attorneys of record, KYM SAMUEL CUSHING, ESQ., and JOSEPH C. CHU, ESQ., of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP, that Defendant's Motion to Dismiss Plaintiffs' Complaint for Fraud be sealed and removed from all public filing dockets and records.

DATED this 26th day of February 2016.              DATED this 26th day of February 2016.

**EGLET PRINCE**                                    **WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**

/s/ Danielle Tarmu                                  /s/ Joseph Chu
DENNIS M. PRINCE, ESQ.                              KYM SAMUEL CUSHING, ESQ.
Nevada Bar No.: 5092                                Nevada Bar No. 4242
TRACY A. EGLET, ESQ.                                JOSEPH CHU, ESQ.
Nevada Bar No.: 6419                                Nevada Bar No.: 11082
DANIELLE TARMU, ESQ.                                300 South 4th Street, 11th Floor
Nevada Bar no. 11727                                Las Vegas, Nevada 89101
400 South 7th Street, 4th Floor                     *Attorneys for Defendant*
Las Vegas, Nevada 89101
*Attorneys for Plaintiffs*

### ORDER

Pursuant to the foregoing stipulation of the parties, it is hereby ordered that Defendant's Motion to Dismiss Plaintiffs' Complaint for Fraud be sealed and removed from all public filing dockets and records.

IT IS SO ORDERED this 29th day of February 2016.

_____
**GEORGE FOLEY, JR.**
**United States Magistrate Judge**